UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELISIA DALLUGE,<br><br>            Plaintiff,<br><br>    v.<br><br>BOB FERGUSON, Attorney General for the State of Washington,<br><br>            Defendant. | CASE NO. C15-5642 BHS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

      This matter comes before the Court on Plaintiff Elisia Dalluge's ("Dalluge") motion for revision (Dkt. 4), which the Court construes as a motion for reconsideration.

      On September 15, 2015, the Court denied Dalluge's motion to proceed *in forma pauperis* and dismissed her complaint as meritless. Dkt. 3. On September 23, 2015, Dalluge filed a motion for reconsideration arguing that her matter is one of national importance and requesting that the Court transfer the matter to the United States Supreme Court. Dkt. 4. Motions for reconsideration are governed by Local Rule 7(h), which provides:

1
2
3

      Motions for reconsideration are disfavored.  The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

4
5

Local Rules, W.D. Wash. LCR 7(h)(1).  Dalluge fails to show any error in the Court's prior order and, therefore, the Court **DENIES** her motion for reconsideration.

6

      **IT IS SO ORDERED**.

7

      Dated this 29th day of September, 2015.

8
9

                                              BENJAMIN H. SETTLE
                                              United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22