UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELISIA DALLUGE,

         Plaintiff,

v.

BOB FERGUSON, et al.,

         Defendants.

CASE NO. C15-5642 BHS

ORDER DENYING PLAINTIFF'S MOTION TO TRANSFER

This matter comes before the Court on Plaintiff Elisia Dalluge's ("Dalluge") motion to transfer claims to the Supreme Court (Dkt. 6).

On October 18, 2015, Dalluge filed the instant motion after the Court had denied her motion to proceed *in forma pauperis*, dismissed her complaint, and denied her motion for reconsideration. The instant motion has no basis in the law and, therefore, is **DENIED**. This case is closed. The Clerk is instructed to accept further filing for the file, but not to note any further motion for the Court's consideration.

**IT IS SO ORDERED**.

Dated this 15th day of October, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER